**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | MDL No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br>Plaintiff, <br><br>v. <br><br>TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-1979-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br>Plaintiff, <br><br>v. <br><br>ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA, ALEMBIC PHARMACEUTICALS, INC., <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-2021-RGA |

|  |  |  |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C.A. No. 19-2053-RGA |
| HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Novartis Pharmaceuticals Corporation appeals to the United States Court of Appeals for the Federal Circuit from the Judgment entered on July 21, 2023 in MDL No. 20-2930-RGA and Civil Actions Nos. 19-1979-RGA, 19-2021-RGA and 19-2053-RGA, and all other rulings, conclusions, determinations, findings, opinions and orders that were adverse to Novartis.

Date: July 24, 2023

OF COUNSEL:

Nicholas N. Kallas
Christina Schwarz
Christopher E. Loh
Jared L. Stringham
VENABLE LLP
151 West 42nd Street
New York, New York 10036
(212) 307-5500
*nkallas@venable.com*
*cschwarz@venable.com*
*cloh@venable.com*
*jlstringham@venable.com*

McCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
*dsilver@mccarter.com*
*ajoyce@mccarter.com*

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*